# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CR-201-RJC-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| MARQUAY QUAMAINE SHEPPARD, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal" (Document No. 6) filed August 20, 2020. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Unseal" (Document No. 6) is **GRANTED**, and the Criminal Indictment and Arrest Warrant are hereby unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: August 20, 2020

_David C. Keesler_
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.